UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YISSEL MUNOZ,

                Plaintiff,

- against -

AP HOUSEKEEPING INC., DAP SERVICES CORP., and VIP LABOR SOLUTION, INC. dba LABOR SOLUTION,

                Defendants.

**ORDER**

19 Civ. 7505 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The initial pretrial conference scheduled for December 5, 2019, is adjourned to **February 6, 2020, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        November 18, 2019

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge