UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YISSEL MUNOZ,

                Plaintiff,

- against -

AP HOUSEKEEPING INC., DAP SERVICES CORP., and VIP LABOR SOLUTION, INC. dba LABOR SOLUTION,

                Defendants.

**ORDER**

19 Civ. 7505 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The initial pretrial conference scheduled for April 9, 2020 is adjourned until **June 4, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 27, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge